**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

CIVIL ACTION NO. 19-161-DLB-CJS

TRUIST BANK, f/k/a BRANCH BANKING & TRUST COMPANY          PLAINTIFF

v.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

GERNER & KEARNS CO., LPA, et al.          DEFENDANTS

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

      This matter is before the Court upon the February 1, 2022 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 59), wherein she recommends that Plaintiff's Motion for Order to Authorize the Receiver to Market and Sell the Property (Doc. # 51) be granted, provided that Plaintiff files a revised proposed order to replace Doc. # 51-2.  Plaintiff having now filed its revised proposed Order (Doc. # 61-1), no objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.  The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

      **IT IS ORDERED** as follows:

      (1)    The Magistrate Judge's R&R (Doc. # 59) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

      (2)    Plaintiff's Motion (Doc. # 51) is **GRANTED** to expand the duties of the Receiver under this Court's Order Appointing Receiver (Doc. # 27), so as to allow the

1

Receiver to market for sale the office building and Taylor Mansion real properties and the contents contained therein, located at 7900 Tanners Gate Lane, Florence, Boone County, Kentucky 41042, and the Taylor Mansion located at 335 East Third Street, Newport, Campbell County, Kentucky 41071;

(3) That the Receiver be authorized, as part of his expanded duties, to retain any reputable broker to undertake any and all duties associated with marketing the Properties for sale, including the ability to negotiate and receive offers, provided that such marketing, retention, and other contracts relating to such sale and the terms thereof shall be subject to Court approval.

This 28th day of February, 2022.

Signed By:
*David L. Bunning*  *DB*
United States District Judge

K:\DATA\ORDERS\Cov2019\19-161 Order Adopting R&R.docx